UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEXACO EXPLORATION AND PRODUCTION, INC., AND MARATHON OIL COMPANY | * | CIVIL ACTION |
| VERSUS | * | No. 99-3623 consolidated with 99-3626, 00-0813, and 00-1232 |
| AMCLYDE ENGINEERED PRODUCTS COMPANY, INC., ET AL. | * | Section: "B" (5) |

                              **ORDER**

Considering Plaintiff's Motion for Review of Order From Magistrate Judge (Rec. Doc. No. 1472),

**IT IS ORDERED** that the Motion is **DENIED.** Prior rulings denying discovery of arbitration materials were issued to avoid disruption of then ongoing negotiations between plaintiff and McDermott. The Magistrate Judge's justifications for the instant ruling is neither clearly erroneous nor an abuse of discretion. The information at issue is clearly relevant to material factual disputes relative to causation and fault, and thereby discoverable. Trial admissibility is another matter because the discovery requests could reasonably lead to discovery of other relevant evidence.

New Orleans, Louisiana, this 6th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE