UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEXACO EXPLORATION AND PRODUCTION, INC., AND MARATHON OIL COMPANY | * | CIVIL ACTION |
| VERSUS | * | No. 99-3623 consolidated with 99-3626, 00-0813, and 00-1232 |
| AMCLYDE ENGINEERED PRODUCTS COMPANY, INC., ET AL. | * | Section: "B" (5) |

### ORDER

Considering Plaintiff's Additional Motion for Review of Order From Magistrate Judge (Rec. Doc. No. 1509),

**IT IS ORDERED** that the Motion is **DENIED**. The Fifth Circuit panel opinion altered parties' positions respecting expert witnesses, mode of trial and applicable law. Movant correctly states that duplicative work should be avoided. However, as noted by our related ruling of the Magistrate Judge's order pertaining to inconsistent factual representations during now closed arbitration proceedings, all parties should have anticipated further development of factual matters that this court once thought had been resolved by an extensive trial record, <u>but for</u> new direction from the panel opinion. The Magistrate Judge's order places reasonable bounds for trial development.

New Orleans, Louisiana, this <u>6th</u> day of <u>March, 2008</u>.

_____
UNITED STATES DISTRICT JUDGE