UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEXACO EXPLORATION AND PRODUCTION, INC. AND MARATHON OIL COMPANY | * * | CIVIL ACTION NO. 99-3623 C/W 99-3646 REFERENCE: 99-3623 |
| VERSUS | * | SECTION "B" |
| AMCLYDE ENGINEERED PRODUCTS, INC., ET AL | * * * * | MAGISTRATE "5" JUDGE IVAN L. R. LEMELLE MAGISTRATE ALMA L. CHASEZ |

## ORDER

Before the Court is Texaco Exploration and Production, Inc. and Marathon Oil Company's ("Plaintiffs") Rule 59(e) Motion to Amend the Court's Order of April 16, 2008 (Rec. Doc. No. 1567). The Plaintiffs seek entry of a final, appealable judgment in connection with the matters decided in this Court's Order and Reasons (Rec. Doc. No. 1556) that granted AmClyde Engineered Products, Inc. and AmClyde Engineered Products Company, Inc.'s Motion for Summary Judgment (Rec. Doc. No. 1464). The Court finds, for the reasons set forth in Plaintiffs' original Motion and related Memorandum in Support (Rec. Doc. No. 1560), that the Plaintiffs have sufficiently satisfied the elements of Fed. R. Civ. P. 54(b): (1) this action

involves multiple defendants; (2) the Court's Order and Reasons adjudicates all of the Plaintiffs' claims against two of those parties; and (3) that there is no just reason to delay entry of a final judgment as to the matters adjudicated in this Court's Order and Reasons.

IT IS THEREFORE ORDERED that a Rule 54(b) certification is hereby ENTERED.

THUS DONE AND SIGNED, New Orleans, Louisiana, this <u>2nd</u> day of <u>   June   </u>, 2008.

_____<br>
UNITED STATES DISTRICT JUDGE

716756_1.DOC